# WANTED BY THE FBI

## JUSTIN COSTELLO

**Fraud by Wire (22 Counts); Securities Fraud (3 Counts)**

   

Costello and his wife, ▮▮▮▮, who is not a fugitive from the law

Costello and his wife, ▮▮▮▮, who is not a fugitive from the law

## DESCRIPTION

| | |
|---|---|
| **Aliases:** Justin J. Costello, Justin Joseph Costello | |
| **Date(s) of Birth Used:** August 1, 1980 | **Place of Birth:** Wisconsin |
| **Hair:** Brown | **Eyes:** Blue |
| **Height:** 5'10" | **Weight:** 165 pounds |
| **Sex:** Male | **Race:** White |
| **Nationality:** American | **NCIC:** W550481345 |

## REMARKS

Costello has ties to Washington; Las Vegas, Nevada; and San Diego, Sacramento, and Palm Springs, California. He may be travelling with his wife, ▮▮▮▮, who is not a fugitive from the law. They may also have a dog with them.

## CAUTION

Justin Costello is wanted for his alleged involvement in a number of schemes, ultimately defrauding several businesses and thousands of investors of over $30 million. Beginning in 2017, Costello allegedly stole approximately $3.7 million from marijuana businesses in Washington, Colorado, California, Illinois, and Alaska, through his banking company which he owned and operated. Costello also allegedly defrauded private investors in his companies and engaged in several pump-and-dump schemes. Costello allegedly made numerous claims to potential private investors, none of which were true.

A federal arrest warrant was issued for Costello on September 28, 2022, in the United States District Court, Western District of Washington, Seattle, Washington, after he was charged with 22 counts of Fraud by Wire and 3 counts of Securities Fraud. On September 29, 2022, Costello failed to appear at the FBI in San Diego, California, to self-surrender.

If you have any information concerning this person, please contact the FBI's Seattle Office at (206) 622-0460, your local FBI office, or the nearest American Embassy or Consulate. You can also submit a tip online at tips.fbi.gov.

**Field Office:** Seattle